Hellerstein, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERFAM, INC.,<br><br>                      Plaintiff,<br><br>        v.<br><br>CDx DIAGNOSTICS, INC.,<br>CDx LABORATORIES, INC., and<br>ORAL CANCER PREVENTION INTERNATIONAL, INC.,<br><br>                      Defendants. | 15-CV-10170 (AKH)<br><br>STIPULATION |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that,

1. Defendants waive any right to appeal from the Judgment entered herein on December 14, 2016 or to seek vacatur or modification of the Judgment pursuant to Rules 59 or 60, Fed. R. Civ. P.

2. Defendants CONSENT to the relief sought in Plaintiff's Motion for an Award of Attorney's Fees and Expenses. Defendants also consent to modification of the Judgment to add a decretal paragraph awarding Plaintiff the sum of $705,167.09 as its attorney's fees and expenses

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/17
```

3989496-1

Dated: New York, New York
January 7, 2017

| BENOWICH LAW, LLP | OLSHAN FROME WOLOSKY LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Leonard Benowich | Michael S. Fox |
| *Attorneys for Defendants* | Thomas J. Fleming |
| 1025 Westchester Avenue | Jonathan T. Koevary |
| White Plains, New York 10604 | *Attorneys for Plaintiff* |
| (914) 946-2400 | 1325 Avenue of the Americas |
| | New York, New York 10019 |
| | (212) 451-2300 |

SO ORDERED:

*[signature]*
U.S.D.J.

1-18-17  JS

3989496-1